NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CUMMINS-ALLISON CORP.,**
*Plaintiff-Cross-Appellant,*

v.

**SBM CO., LTD.**
(FORMERLY KNOWN AS SHINWOO INFORMATION & TELE-
COMMUNICATIONS CO., LTD.),
*Defendant-Appellant,*

AND

**AMRO-ASIAN TRADE, INC.,**
*Defendant-Appellant.*

---

2011-1049,-1065,-1066

---

Appeals from the United States District Court for the Eastern District of Texas in case no. 07-CV-0196, Judge Ron Clark.

---

**ON MOTION**

---

**ORDER**

SBM Co., Ltd. and Amro-Asian Trade, Inc. separately move for a 60-day extension of time, until March 11, 2011,

to file their opening briefs.  Cummins-Allison Corp. opposes.  SBM and Amro-Asian reply.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.  No further extensions.

FOR THE COURT

JAN 1 1 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Edward L. Foote, Esq.
     Grant E. Kinsel, Esq.
     Kevin M. O'Brien, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 1 1 2011

JAN HORBALY
CLERK